UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC WILLIAMS AND VALERIE WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 06-7159 |
| LOUISIANA CITIZENS FAIR PLAN, ET AL | SECTION "K"(3) |

## *ORDER*

Before the Court is defendant Aparcio, Walker, & Seeling, Inc.'s "Partial Motion for Summary Judgment Regarding Agency Bad Faith Allegations" (Doc. 7). Counsel for plaintiff has advised the Court that plaintiff has no opposition to the motion. Accordingly, the motion is granted.

New Orleans, Louisiana, this 1st day of March, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE